UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TAMMY PULSE                                                                                    PLAINTIFF

V.                                                           CIVIL ACTION NO.:2:11CV179-B-V

MGM RESORTS MISSISSIPPI, INC.
d/b/a GOLDSTRIKE CASINO RESORT                                           DEFENDANT

CONSOLIDATED FOR ALL PURPOSED WITH

TODD PULSE                                                                                     PLAINTIFF

V.                                                           CIVIL ACTION NO.:2:11CV180-P-V

MGM RESORTS MISSISSIPPI, INC.
d/b/a GOLDSTRIKE CASINO RESORT                                           DEFENDANT

ORDER CONSOLIDATING CASES

UPON the unopposed motion of the defendant (# 7) and the Court finding that the claims of the parties in the above referenced cases, *Tammy Pulse vs MGM Resorts Mississippi, Inc., d/b/a Gold Strike Casino Resorts*, Cause No. 2:11-cv-179-B-V and *Todd Pulse vs MGM Resorts Mississippi, Inc., d/b/a Gold Strike Casino Resorts*, Cause No. 2:11-cv-180-P-V, arise out of the same transaction or occurrence and involve similar questions of law and fact, the Court is of the opinion that these cases should be consolidated.

Accordingly, it is, ORDERED that the plaintiffs' motion to consolidate is hereby GRANTED, and these cases are hereby consolidated for all purposes, including trial. Cause No. 2:11cv179 shall be designated as the lead case, and all filings shall be made in said cause. The court directs the Clerk to proceed accordingly.

This 20th day of October, 2011.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE